IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARRETT CONTRACTING, INC., | ) | 8:14CV172 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| AUTO DRIVEAWAY FRANCHISE SYSTEMS, LLC, d/b/a Driveaway Omaha, and CONTINENTAL CASUALTY COMPANY, | ) ) ) ) | |
| | ) | |
| Defendants. | | |

IT IS ORDERED:

1. For good cause shown, the motion to set aside default filed by Defendant Auto Driveaway Franchise Systems, LLC, d/b/a/ Driveaway Omaha (filing 21), is granted, and the default entered by the clerk on July 30, 2014 (filing 16) is set aside.

2. The motion for entry of default judgment and request for hearing filed by Plaintiff (filing 18) is denied in all respects.

3. Defendant Auto Driveaway Franchise Systems, LLC, d/b/a/ Driveaway Omaha, shall have 14 days from today's date to answer Plaintiff's complaint.

DATED this 15th day of September, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

-1-