IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BARRETT CONTRACTING, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>AUTO DRIVEAWAY FRANCHISE SYSTEMS LLC, CONTINENTAL CASUALTY COMPANY,<br><br>Defendants. | 8:14CV172<br><br>**AMENDED<br>FINAL PROGRESSION ORDER** |

The Stipulated Motion for Extension of Time to Make Expert Witness Disclosures, (Filing No. 46), is granted and the court's progression order is amended as follows:

1) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   For the plaintiff(s):    February 5, 2015.
   For the defendant(s):    April 9, 2015.

2) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   For the plaintiff(s):    March 5, 2015.
   For the defendant(s):    May 8, 2015.

3) The parties shall comply with all other deadlines recited in the final progression order (Filing No. 42) dated November 25, 2014.

Dated this 6th day of January, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge