IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BARRETT CONTRACTING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AUTO DRIVEAWAY FRANCHISE SYSTEMS LLC, CONTINENTAL CASUALTY COMPANY, <br><br> Defendants. | 8:14CV172 <br><br> **ORDER** |

The courts records show the Office of the Clerk of Court sent a notice on April 14, 2015 (Filing No. 54) to: Jamie A. Robinson, by electronic filing. The notice directed the attorney to pay the 2015/2016 attorney assessment fee, as required by NEGenR 1.7(h), within thirty days. As of the close of business on May 29, 2015, the attorney has not complied with the request set forth in the notice from the Office of the Clerk.

IT IS ORDERED:

**On or before July 6, 2015**, attorney Jamie A. Robinson, shall pay the assessment or show cause by written affidavit why she cannot comply with the rules of the court. Failure to comply with this order will result in the court removing Jamie A. Robinson as counsel of record in this case.

Dated this 5th day of June, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge